IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTRELLA KINCAID, et al.,

    Appellants,

  vs.                      No. MISC 09-78 MCE KJM PS

STANLEY AYERS, et al.,

    Appellees.         <u>ORDER</u>

_____/

      This matter was transferred from the Bankruptcy Appellate Panel for the limited purpose of ruling on appellant's motion to proceed in forma pauperis under 28 U.S.C. §1915(a). The motion was referred to the undersigned by order filed October 14, 2009.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Appellants' application to proceed in forma pauperis is granted; and

      2. There being no other matters pending in this action, the Clerk of the Court is directed to close this case.

DATED: October 27, 2009.

                                             U.S. MAGISTRATE JUDGE

006
kincaid.bankifp